**THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN TORRES, Appellant.** [990 NYS2d 887]—Appeal by the defendant from a sentence of the Supreme Court, Queens County (Latella, J.), imposed November 3, 2011, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Dickerson, Chambers and Hinds-Radix, JJ., concur.